**Jennifer L. STALLS, Plaintiff— Appellant,**

v.

**Jo Anne B. BARNHART, Commissioner of Social Security, Defendant—Appellee.**

**No. 03–1707.**

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 26, 2003.

Decided Feb. 18, 2004.

James B. Craven, III, Jean B. Wilson, Durham, North Carolina, for Appellant. John W. Stone, Jr., Assistant Attorney General, Anna Mills Wagoner, United States Attorney, Robert Triba, Regional Chief Counsel, Lisa G. Smoller, Assistant Regional Counsel, Boston, Massachusetts, for Appellee.

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Jennifer L. Stalls appeals the district court's order adopting the magistrate judge's recommendation to uphold the Commissioner's denial of Stalls' application for supplemental security income and disability insurance benefits. We have reviewed the record and briefs and find that the Commissioner's decision is supported by substantial evidence and the correct law was applied. Accordingly, we affirm for the reasons stated by the district court. See Stalls v. Barnhart, No. CA–01–414–1 (M.D.N.C. May 2, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*